Stuart W. Miller (State Bar No. 127766)
Angela M. Corridan (State Bar No. 257076)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111
Telephone:  (415) 276-6500
Facsimile:  (415) 276-6599
Email:  stuartmiller@dwt.com
  angelacorridan@dwt.com

Attorneys for Defendants
CITY OF ALAMEDA HEALTH CARE DISTRICT
dba ALAMEDA HOSPITAL, PENNY DE LEON and
MARY BOND

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| YOLANDA OWENS,<br><br>  Plaintiff,<br><br>  v.<br><br>CITY OF ALAMEDA, ALAMEDA HOSPITAL, PENNY DE LEON, in her individual capacity, and MARY BOND, in her individual capacity,<br><br>  Defendants. | Case No. C10-03737 CRB (ADR)<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS TO FILE RESPONSE TO COMPLAINT; CIVIL LOCAL RULE 6-1(A)** |

Pursuant to Northern District of California Civil Local Rule 6-1(a), Defendants City of Alameda Health Care District dba Alameda Hospital, Mary Bond and Penny de Leon (collectively, "Defendants"), and Plaintiff Yolanda Owens, by their attorneys, hereby stipulate and agree that Defendants will accept service of the Summons and Complaint effective December 21, 2010, in consideration for Plaintiff granting Defendants a thirty (30) day extension of time, to and including February 10, 2011, to file a response to the Complaint. This Stipulation does not alter the date of any event or any deadline already fixed by Court order.

////

////

1  SO STIPULATED.

3  DATED: December 22, 2010            DAVIS WRIGHT TREMAINE LLP

5  By: _____/s/_____
       Stuart W. Miller

   Attorneys for Defendants
   CITY OF ALAMEDA HEALTH CARE DISTRICT
   dba ALAMEDA HOSPITAL, PENNY DE LEON
   and MARY BOND

10 DATED: December 22, 2010            PRICE AND ASSOCIATES

11 By: _____/s/_____
       Jeshawna Harrell

   Attorneys for Plaintiff
   YOLANDA OWENS

IT IS SO ORDERED

[signature]

2