PAMELA Y. PRICE (CA State Bar No. 107713)
JESHAWNA R. HARRELL (CA State Bar No. 257773)
PRICE AND ASSOCIATES
A Professional Corporation
901 Clay Street
Oakland, CA 94612-1426
Telephone:   (510) 452-0292
Facsimile:   (510) 452-5625
pypesq@aol.com

Attorneys for Plaintiff
YOLANDA J. OWENS

STUART W. MILLER (CA State Bar No. 127766)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California  94111-6533
Telephone:   (415) 276-6500
Facsimile:   (415) 276-6599
aaronroblan@dwt.com

Attorneys for Defendants
CITY OF ALAMEDA HEALTH CARE DISTRICT
aka ALAMEDA HOSPITAL, PENNY DE LEON AND
MARY BOND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| YOLANDA OWENS, an individual, | Case No. C10-03737 CRB (ADR) |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |
| v. | |
| CITY OF ALAMEDA, ALAMEDA HOSPITAL, PENNY DE LEON, in her individual capacity, and MARY BOND, in her individual capacity, | Hon. Charles R. Breyer<br>United States District Court Judge |
| Defendants. | |

      Pursuant to Rule 41 of the Federal Rules of Civil Procedure, the parties herein stipulate to the dismissal with prejudice of the within action, and all causes of action alleged therein, against

1

Defendants CITY OF ALAMEDA HEALTH CARE DISTRICT dba ALAMEDA HOSPITAL, PENNY DE LEON, and MARY BOND, with each party to bear its or her own attorney's fees and costs.

IT IS SO STIPULATED.

Date:  February 4, 2011

DAVIS WRIGHT TREMAINE LLP

By:  /s/
    Stuart W. Miller
    Attorneys for Defendants
    CITY OF ALAMEDA HEALTH CARE
    DISTRICT aka ALAMEDA HOSPITAL,
    PENNY DE LEON, AND MARY BOND

Date:  February 4, 2011

PRICE AND ASSOCIATES

By:  /s/
    Jeshawna R. Harrell
    Attorneys for Plaintiff
    YOLANDA J. OWENS

**ORDER**

Good cause appearing, the foregoing stipulation is approved and the within action, and all causes of action alleged therein, against Defendants CITY OF ALAMEDA HEALTH CARE DISTRICT AKA ALAMEDA HOSPITAL, PENNY DE LEON AND MARY BOND are dismissed with prejudice, with each party to bear its or her own attorney's fees and costs.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: February 10, 2011

The Honorable Charles R. Breyer
United States District Judge

IT IS SO ORDERED
Judge Charles R. Breyer

STIPULATION AND ORDER OF DISMISSAL
DWT 16518356v1 0086414-000007

2